FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 05, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL METEKAI,<br><br>Defendant. | No. 2:25-cr-00037-RLP<br><br>ORDER GRANTING UNITED STATES' MOTION TO DISMISS<br><br>**ECF No. 38** |

Before the Court is the United States' Motion to Dismiss the Indictment against Defendant Samuel Metekai. ECF No. 38.

The United States "may, with leave of court, dismiss an indictment, information, or complaint." Fed. R. Crim. P. 48(a). Prior to the commencement of trial, a defendant's consent is not required to dismiss under Rule 48(a). *United States v. Valencia*, 492 F.2d 1071, 1074 (9th Cir. 1974).

The Court makes no finding regarding the propriety of the dismissal of this action.

**Accordingly, IT IS ORDERED:**

1. The United States' Motion to Dismiss, **ECF No. 38**, is **GRANTED**.

2. The Indictment, **ECF No. 1**, is **DISMISSED without prejudice**.

3. All future hearings and deadlines are **STRICKEN**.

4. Defendant is no longer subject to the detention order in this case.

**IT IS SO ORDERED.** The District Court Executive is directed to file this order, provide copies to counsel and the United States Marshals Service, and **CLOSE THE FILE**.

DATED November 5, 2026.

REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE